UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　Case No. 1:96-CR-00150

V.　　　　　　　　　　　　　　　　　　HON. ROBERT HOLMES BELL

YOLANDA WILSON, et al,

    Defendants.
_____/

**ORDER**

The above action is being prepared for storage at the Federal Archives and Records Center. However, it contains the following documents which were sealed by order of the Court:

Docket no. 38 - Government's motion to seal Application/Order
Docket no. 39 - Order
Docket no. #40 - sealed Government document
Docket no. #41 - sealed document (order)

WHEREAS, the Federal Archives and Records Center will not accept sealed records for storage,

IT IS HEREBY ORDERED that the parties show cause in writing within thirty (30) days of the date of this order, why the documents cannot be unsealed for storage. Failure to respond will result in the documents being unsealed and transferred to the Archives without further order. The Court will not destroy or return records to the filer under any circumstances.

IT IS SO ORDERED.

Date:　　June 15, 2006　　　　　　　　　　/s/ Robert Holmes Bell
　　　　　　　　　　　　　　　　　　　　ROBERT HOLMES BELL
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE